UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*Plaintiff(s)*

SAMANTHA YOUNG, Individually,
and as Adm. of the ESTATE OF
BRIAN S. YOUNG, and as m/n/f of E.Y.,
a minor and KATLYNN YOUNG           CIVIL NO:  1:17-cv-016-AJ

v.

*Defendant(s)*

MICHAEL DOUCETTE

    and

KELLEY TRUCKING, INC.

## ASSENTED-TO STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the pending action shall be dismissed without prejudice.  The parties also stipulate that each party shall assume its own costs.

**SO AGREED:**

Dated:  June 26, 2019                                    Respectfully submitted,

Samantha Young, Individually                 Michael Doucette and Kelly Trucking Inc.
and as Administrator of the
Estate of Brian S. Young, and as
m/n/f E.Y., a minor
and Katlynn Young

By and through their Attorneys,             By and through their Attorneys,

By: /s/ Philip R. Waystack                        By: /s/ Doreen F. Connor
    Philip R. Waystack, Esquire                      Doreen F. Connor, Esquire
    NH Bar #2672                                              NH Bar #421
    *Waystack Frizzell, Trial Lawyers*            Primmer Piper Eggleston & Cramer PC
    P. O. Box 137                                                P. O. Box 3600
    Colebrook, NH  03576                                 Manchester, NH 03105-3600
    (603) 237-8322                                               (603) 626-3304
    phil@waystackfrizzell.com                         dconnor@primmer.com

1

By: /s/ Gregory P. Howe  
    Gregory P. Howe, Esquire  
    VT. Bar #645  
    Law Office of Gregory P. Howe  
    5346 US Route 5  
    Newport, Vt.  05855  
    (802) 334-6718  
    ghowe@howelawvt.com  

By: /s/ Adam R. Mordecai  
    Adam R. Mordecai, Esquire  
    NH Bar #17727  
    Primmer Piper Eggleston & Cramer PC  
    P.O. Box 3600  
    Manchester, NH 03105-3600  
    (603) 626-3300  
    amordecai@primmer.com  

By: /s/ Sandra L. Cabrera  
    Sandra L. Cabrera, Esquire  
    NH Bar #20067  
    *Waystack Frizzell, Trial Lawyers*  
    P.O. Box 137  
    Colebrook, NH  03576  
    (603) 237-8322  
    sandra@waystackfrizzell.com  

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Doreen F. Connor, Esquire      dconnor@primmer.com  
Adam R. Mortecai, Esquire      amordecai@primmer.com  
Sandra L. Cabrera, Esquire      sandra@waystackfrizzell.com  
Gregory P. Howe, Esquire      ghowe@howelawvt.com  

Dated: June 26, 2019      By: /s/ Philip R. Waystack  
        Philip R. Waystack, Esquire  
        NH Bar #2672  
        *Waystack Frizzell, Trial Lawyers*  
        P. O. Box 137  
        Colebrook, NH  03576  
        (603) 237-8322  
        phil@waystackfrizzell.com